IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| James Edward Thomas, | ) | C.A. #4:18-1819-PMD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

This matter is before the court upon the report and recommendation of the United States Magistrate Judge made in accordance with Local Civil Rule 73.02(B)(2) and 28 U.S.C. § 636(b)(1)(A).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is

**ORDERED,** that the Application to Proceed Without Prepayment of Fees is **DENIED.**

**FURTHER ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

August 16, 2018
Charleston, South Carolina